**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVEN WATTERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-397-CWB** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# FINAL ORDER AND JUDGMENT

Upon consideration of the Unopposed Motion for Entry of Judgment with Remand (Doc. 11), it is hereby **ORDERED** that the motion is **GRANTED** such that the decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner on remand shall offer Plaintiff an opportunity for a hearing and shall issue a new decision.

The clerk of court is **DIRECTED** to enter this Final Order and Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure and to close this file.

**DONE** this the 4th day of October 2024.

**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**