**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVEN WATTERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-397-CWB** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

Now pending before the court is a submission styled "Plaintiff's Unopposed Motion for Award of Attorney's Fees pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)," which seeks an award in the amount of $1,189.13. (*See* Doc. 15). Upon review and consideration, and given the Commissioner's non-opposition, it is hereby **ORDERED** for good cause that the motion is **GRANTED** such that Plaintiff is awarded attorney's fees in the amount of $1,189.13. The award is made directly to Plaintiff as the prevailing party and not to Plaintiff's counsel. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010); *Reeves v. Astrue*, 526 F.3d 732 (11th Cir. 2008). However, the check shall be mailed to Plaintiff's counsel as follows:

Steven Watters c/o Bryan Konoski
Konoski & Partners, P.C.
305 Broadway, 7th Floor
New York, NY, 1007

Full or partial remittance of the fee award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If any such debt exits, the Government will reduce the awarded fee amount to the extent necessary to satisfy the debt.

**DONE** this the 15th day of October 2024.

**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**